# EXHIBIT A

**POLICE TRAINING INSTITUTE**
**UNIVERSITY OF ILLINOIS**

**MEMORANDUM FORM**





TO:   **Dr. Mike Schlosser**

**FROM: Joe Gallo**

**DATE: 9/24/2019**

**BLE#: 3295**

**Subject: Investigation - State Exam Study Guide**

I have completed the investigation into the allegation that a recruit, Patrick Jones, had a document that contained answers to the state exam. The investigation included multiple interviews as well as written statements from the entire class. I will provide a summary of the inquiry in chronological order as it is important to understand how the situation unfolded. Following the review, I will provide details of each interview as well as my conclusion.

On September 17th, the students had a block of instruction on Introduction to the Criminal Justice System. At the start of the morning, I informed the students to be engaged in their training and I reminded them that there would be an exam at the end of week two. I also told them to take good notes and encouraged them to share their notes and form study groups.

Ed Ogle was present and he was the Primary Instructor for the day. According to Ogle, he also instructed the students to share their notes and told them about how the last class used Quizlet to study for the exams. Quizlet is an online study tool where students can share notes.

At approximately 1524 hours, Recruit Patrick Jones sent a text to his girlfriend, Rachel Richardson, who is a police officer in Mt. Prospect, Illinois. According to Jones, Richardson graduated from the Cook County Sheriffs Police Academy approximately two years ago. In the text, which Jones displayed on his phone, he asked his girlfriend if she had her notes from the state exam. Richardson responded that she would have to look and advised the notes wouldn't just be from the state exam. Shortly after this exchange, Jones received a google drive link from Richardson titled, "State Review Complete." Richardson follows up with a text telling Jones, they change it every year and to get one from the previous class.

After receiving the text, Jones opens the document and observed the title "State Exam Review." Jones looks at a couple of the questions as he scrolls through the document on his phone. According to Jones, he later informs several of his classmates that he received a study guide for

the state exam from his girlfriend. According to Jones, he had several conversations with his classmates over the next day, which included breaks at Bromley Hall. Specifically, Jones advised that the topic came up when Lena Melki was eating lunch at the table and expressed concern over the upcoming exams. At that time, Jones told the students at the table about the study guide.

During this conversation, a student heard Jones talking about the state exam and thought he might have answers to the test. The recruit came to me with the information right after lunch, which started the process for this investigation.

The following is a summary of the investigation.

On September 18th at approximately 12:55 hours, I was approached by a recruit before the start of class. The recruit told me they needed to speak to me about an issue. I asked the recruit to step in my office where they informed me there was another student in the class that may have the answers to an exam. The recruit advised that they heard the other student, named Patrick, speaking about the exam while he was seated at a table at Bromely Hall. The recruit did not know everyone at the table since it was only the third day of class.

I had the recruit return to class at 1300 hours, and I had a follow-up conversation with the recruit on the telephone after class was done for the day. I asked the recruit to get the names of the other students that were seated at the table when the conversation about the exam took place.

On September 19th, I spoke with the recruit who informed me that Patrick Jones was the student in question. The other students that were at the table were Lena Melki, Samantha Standard, and Keegan Coppernoll.

At 1315 hours, I called Keegan Coppernoll into my office. Patrick Funkhouser was present for this interview as well as the remaining interviews on this date. I informed Coppernoll that I was investigating a report of a student that had an exam in their possession. I told Keegan that it was in her best interest to be truthful in her response to my questions. I also cautioned her that if it was determined that she was lying that she would be removed from the training at PTI. The following is a summary of her response.

- Coppernoll was present at a table at Bromley Hall where other students were talking about the exams.
- Coppernoll was not familiar with the other student's names as it was only the third day of class. Coppernoll stated that Lena was the only student she could remember that was at the table.
- Coppernoll recalled there was a discussion about an online study guide and what topics might be on the state exam.

At 1325 hours, I spoke with Lena Melki in my office. I informed Melki that I was investigating a report of a student that had an exam in their possession. I told Melki that it was in her best interest to be truthful in her response. I cautioned Melki that if I discovered she was lying that she would be removed from the training at PTI. The following is a summary of her response.

- Melki was present at a table in Bromley Hall where Patrick Jones and other students were talking about the exams.
- During the conversation, Jones shared that he had a study guide for the state exam on his phone.
- Jones displayed the document on his phone, but Melki didn't read the text.
- Melki stated Coppernoll, Standard, and Jones were the only recruits that she remembered that were at the table.

At 1340 hours, I spoke to Samantha Standard in my office. I informed Standard that I was investigating a report of a student that had an exam in their possession. I informed Keegan that it was in her best interest to be truthful in her response to my questions. I also cautioned her that if it was determined that she was lying that she would be removed from the training at PTI. The following is a summary of her response.

- Standard was at the table at Bromley Hall when Patrick Jones was talking about the state exam.
- Others at the table included Coppernoll, and Melki.
- Standard observed Jones display his phone and heard him state that he had answers to the state test.
- Jones was flipping through his phone and briefly handed it to Melki.
- Standard did not see the document on the phone.

At 1347 hours, I spoke with Patrick Jones in my office. I informed Jones that I was investigating a report of a student that had an exam in their possession. I told Jones that it was in his best interest to be truthful in his response to my questions. I also cautioned him that if it was determined that he was lying that he would be removed from the training at PTI. The following is a summary of his response.

- Jones advised that his girlfriend is very smart and graduated from the Cook County Sheriff's Office Police Academy approximately two years ago.
- Jones advised the instructor from Tuesday talked about sharing notes and Quizlet in class.
- After class on Tuesday, he asked his girlfriend, via text, if she had notes from the state exam.
- Jones displayed his phone and the text, which had a google link titled, State Review Complete.
- Jones sent me the link to my email; however, I could not open the link on the computer.
- Jones then sent screenshots of the document to my email address.
- Jones stated that he had told other students about the document and planned to share it with them to help study for the test.
- I asked Jones if he looked at the document and stated that he had scrolled through it. I asked him if he remembered any questions, and he could only recall one question, "how many people are in a gang, three."
- Jones thought the document was an online study guide for the state exam and had questions that would be similar to the state text.

- Jones thought that the document would be a good reference to help study for the state test.
- Jones had not printed the document or shared it with any of his classmates.
- Jones understood how someone might have overheard one of the conversations, and though he has answers to the test.

While Jones was in my office, I looked at the first page of the document. The document was titled "State Exam Review 17-7.5". The material contained short numbered sentences, followed by an answer. For example, number one was, "Codeine with syrup? Schedule 5." There were 195 sentences/ question on the document.

I told Jones that I did not want him to talk to anybody about this document and ordered him not to share the material or link with anybody else.

When Jones left my office, Patrick Funkhouser informed me that he was looking through the document while I was talking to Jones. Funkhouser advised me that some of the sentences were followed by, "all of the above," which appeared to be an answer. It should be noted that there were no other options or responses to the question.

After informing you of the results of the interview, I contacted Patrick Connolly from the Illinois Law Enforcement Training and Standards Board. I told Connolly about the document in question and sent him the email from Jones containing the screenshots. Connolly informed me that someone from ILETSB would review the material and follow up with me on Friday.

On Friday morning, I spoke with Kelly Griffith, General Counsel for ILETSB. Kelly advised that she was reviewing the document and comparing it to the state exam. Griffith then contacted me and informed me that ILETSB was familiar with this document and conducted an investigation at one of the academies in Cook County. Griffith told me that they would be sending someone from ILETSB to interview Jones on Monday morning.

On Monday, I met with Fred Kientzle and discussed the document and the facts that I had gathered on Friday. Kientzle shared that he was familiar with the document and the origin was one of the academies in Cook County. Kientzle advised that ILESTB put a new test together and that the document was no longer helpful to students. Kientzle stated that he had investigated the document six months ago and though that is was resolved and contained within the academy. Kientzle advised that ILESTB was going to recommend each academy add rules to prohibit outside study guides to prevent this from happening in the future.

At approximately 1100 hours, we interviewed Patrick Jones on the third floor. Kientzle asked Jones a series of question, and he responded with the same information previously documented. Jones presented his phone again, and I took a screenshot of the text conversation between Jones and his girlfriend regarding the exam. There was nothing before or after the text message related to the state exam. It appeared to be a brief text, where Jones asked for her notes. Based on this exchange, it did not appear that there had been a prior conversation about the document in question.

During the interview, Jones was told that the document in question was being investigated as it was very similar to a previous test. Jones became visibly shaken by this statement and stated that he thought the material was a study guide and was concerned that he was going to be removed from the academy of fired by his agency. Jones stated that he did not read the entire document and just skimmed through it on his phone. Jones again denied sharing the material or forwarding it to any members of his class. At the conclusion of the interview, Jones deleted all documents from his phone in our presence. Jones was then dismissed and ordered not to speak with anyone about this investigation.

At 1530 hours, when the instructor was finished, I removed Jones from the classroom and dismissed him for the day. I advised him that I was going to be addressing the class regarding the document, and I did not want him present during the conversation.

I then addressed the class and told them to turn on their computers and to pull up a memo form. I instructed each of them to send the memo to me and to answer five questions that I displayed on the overhead screen. The questions were:

1. Were you present during a conversation with Patrick Jones or another student involving a document or information about the state test? If so, what were the circumstances and who else was present?
2. What did they say about the document and did they show you the document or link?
3. Did they share the document with you or send you a copy, or link?
4. Do you have a copy of the document or link to the document?
5. Do not discuss your answers or talk to anyone about this topic.

When they were finished with the questions, I instructed them to email me their responses. At the conclusion, I informed them that they were not so speak to anyone about their response. I also told them that Patrick Jones was still a student in our class and was fully cooperating with the investigation into the documents in question.

Based on the results from the investigation and the observation during the interview, I found Patrick Jones to be fully cooperative and honest in his response. I have reviewed the memo's from the class and nobody stated that Jones forwarded them the link or the documents. Furthermore, the students that were present all stated the Jones called the material a study guide for the state exam. The only exception is Standard and it very possible Jones said the answers were from the state exam or similar to what they would see on the state exam.

Based on my investigation, I am recommending that Patrick Jones be allowed to remain at PTI. This recommendation is based on the following facts:

1. Jones texted his girlfriend asking for her notes AFTER instructors encouraged note sharing and group studying. Based on this fact, and the verbiage of the text, I think it was reasonable for Jones to ask his girlfriend for her notes, as she is a police officer and completed an academy in recent years. I do not believe there is an integrity issue with this request.

2. The document Jones received was titled "state exam review." It was not in a test format, and on my preliminary review, I thought it was a comprehensive study guide. I don't believe Jones read the entire document, which was on his phone. In addition, he lacked the understanding to interpret some of the questions, including the ones with "all of the above" after the sentence.
3. Jones possessed a document that is accessible on the internet. The internet is frequently used to find study guides, like Quizlet, which was encouraged by one of his instructors.
4. ILETSB previously investigated the document in question, and as a result, the state exam was changed, making the material useless. In fact, if one were to follow the responses on the document it would have an adverse impact on their score.
5. As a result of this incident, ILETSB is going to recommend that all academies implement a policy prohibiting outside study material, including the internet. Had ILETSB previously shared this concern and informed PTI about the existence of this document, the matter would have been addressed in the Student Handbook. This would most likely have prevented this entire situation or made it a clear rule violation.
6. Patrick Connolly and Fred Kientzle, from ILETSB both agreed with this recommendation.