# EXHIBIT B



**JOHN D. IDLEBURG**
**SHERIFF**

PERSONNEL ORDER                                                    P – 19 – 266

---

**TO:**       Deputy Patrick L. Jones

**FROM:**     Lawrence E. Oliver, Undersheriff

**DATE:**     September 30, 2019

**RE:**       <u>Letter of Termination</u>

I have discussed with officials at the Police Training Institute (PTI) regarding your conduct during the first week of attendance at the police training academy. In summary, an investigation had been initiated by institute officials after information came to their attention you possessed a document titled "State Exam Review 17-7.5" and intended to provide that document as a *"study guide"* to other recruits to prepare for the PTI - State Examination, later in your course of study.

Subsequent inquiries by institute officials revealed that you solicited the mentioned document from an acquaintance and former graduate within the last two years of the Cook County Sheriff's Police Academy, asking for notes pertaining to the state examination. The content of that particular document obtained, is a source of concern with the Illinois Law Enforcement Training and Standards Board (ILETSB), that generated an investigation six months prior at one of the Cook County academies.

According to officials, ILETSB felt that they had resolved and contained the impact of that particular document within the academy however, your actions and subsequent acquisition of material raised significant concern with the General Counsel of ILETSB who would send a representative to conduct an interview and address further inquiries into your actions.

A number of your fellow recruits were interviewed by institute officials, some in conjunction with an ILETSB representative surrounding your actions and the possession of this particular document, as well as the entire class having to address this matter in a formal setting to respond in writing about their knowledge or involvement with this event. That process revealed information from one of your fellow classmates, who indicated that it was very possible you said that the answers were from the state exam or similar to what they would see on the exam.

An administrative review into the acquisition of this document, your actions to distribute that document to other recruits under the guise as a *"study guide"* and your response, fall short of the truthfulness and integrity that are essential to the core standard of values we hold ourselves accountable to in law enforcement.

In addition, your actions, as described above are in violation of the following Lake County Sheriff's Office Rules and Regulations, specifically:

**2.0**   **CONDUCT:**

**2.1**   **Dishonorable Conduct:**

*Whether on-or off-duty, members will abide by all laws, ordinances and Sheriff's policies, rules, regulations, general orders and directives of the Sheriff's Office and will not act in any manner which brings dishonor or discredit to themselves or to the Sheriff.*

**2.2**   **Unsatisfactory Performance:**

*Members must maintain sufficient competency in their skills and training so that they can properly perform their duties and assume the responsibilities of their positions. Members will employ the highest standards of efficiency and care when performing their duties.*

It is the policy of the Lake County Sheriff's Office to dismiss any probationary Deputy Sheriff that violates any rule, regulation, or general order. Therefore, as of September 30th, 2019, I hereby terminate your employment with the Lake County Sheriff's Office. All benefits are terminated the last day of the month in which your employment is terminated. Any questions regarding benefits, please contact the Lake County Human Resource Department at (847) 377-2415. Please make immediate arrangements with the Director of Training, Sergeant Keith Kaiser to return all Sheriff's Office equipment that was issued to you.

By Order of:

*Lawrence E. Oliver*

Lawrence E. Oliver
Undersheriff

cc:     Sheriff John Idleburg
        Chief of Staff Anthony Vega
        Deputy Chief Christopher Thompson
        Director of Training Sergeant Keith Kaiser
        Business Manager James Chamernik
        Merit Commission
        Personnel File